United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **CRISTOBAL BAZAN,** | § | |
| | § | |
| **Movant,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00523** |
| | § | **Criminal Action No. 7:21-CR-00167** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 9, 2026, Report and Recommendation ("R&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 2). Judge Hacker made findings and conclusions and recommended that Bazan's Second Section 2255 Motion, (Dkt. No. 1), be denied without prejudice and dismissed for lack of jurisdiction, (Dkt. No. 2). Judge Hacker also recommended denying a certificate of appealability. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)   Judge Hacker's R&R, (Dkt. No. 2), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)   Bazan's Second Section 2255 Motion, (Dkt. No. 1), is **DENIED**.

It is SO ORDERED.

Signed on April 3, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**